UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EDUARDO JESUS-MARTINEZ,

Petitioner,

v.

MARKWAYNE MULLIN;
CHRISTOPHER LaROSE; GREGORY
ARCHAMBEAULT; DAVID
VENTURELLA; TODD BLANCHE;
IMMIGRATION AND CUSTOMS
ENFORCEMENT; DEPARTMENT OF
HOMELAND SECURITY,

Respondent.

Case No. 26-cv-4255-JES-MSB

**ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS**

**[ECF No. 1]**

Before the Court is Petitioner Eduardo Jesus-Martinez's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1.

Upon consideration of a habeas petition under § 2241, the court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. "Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false."

1

*Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) (citing *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990)).

This is Petitioner's second petition. Petitioner filed his first petition on June 24, 2026. *See Jesus-Martinez v. Mullin et al.*, Case No. 26-cv-3693-JES-MSB ("*Jesus-Martinez I*"), ECF No. 1. The Court screened that petition because it failed to allege factual information needed to identify a claim, but gave Petitioner a chance to file an amended petition. *Jesus-Martinez I*, ECF No. 2. Petitioner then filed an amended petition, which the Court again denied. *Jesus-Martinez I*, ECF Nos. 4, 9. In the Court's order denying the petition, issued on July 21, 2026, the Court noted that while Petitioner alleged in his petition that he was in active removal proceedings, Respondents had included evidence in their return that Petitioner had a final order of removal against him dated March 2, 2018. *Jesus-Martinez I*, ECF No. 9.

Three days after that order, on July 24, 2026, Petitioner filed the instant petition. ECF No. 1. This petition continues to allege that Petitioner is "pending removal proceedings" and has no next master hearing scheduled. *Id.* ¶¶ 8, 19. This petition wholly fails to acknowledge or address the order of removal Respondents included in their traverse in Petitioner's first petition, nor does it address any of the Court's reasons for denying that petition.

Accordingly, the Court **DENIES** the instant for the same reasons as it previously denied Petitioner's prior petition. The Clerk of the Court is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: July 31, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

26-cv-4255-JES-MSB